■ In the Matter of ROBERT C. FIGLIOLA, Appellant, v BARBARA J. ZAK et al., Respondents. [617 NYS2d 653] —Order unanimously affirmed without costs. Memorandum: We agree with Supreme Court that respondent Barbara J. Zak timely served petitioner with a copy of specific objections pursuant to Rule C of the Erie County Board of Election's Rules and Regulations on Filing Objections. (Appeal from Order of Supreme Court, Erie County, Mahoney, J.—Election Law.) Present—Denman, P. J., Balio, Wesley, Callahan and Davis, JJ. (Filed Aug. 25, 1994.)

■ In the Matter of DENNIS KOZIOL, Appellant, v ROGER I. BLACKWELL et al., Constituting the Erie County Board of Elections, et al., Respondents. [617 NYS2d 615] —Order unanimously affirmed without costs. (Appeal from Order of Supreme Court, Erie County, Feeman, Jr., J.—Election Law.) Present—Denman, P. J., Balio, Wesley, Callahan and Davis, JJ. (Filed Aug. 25, 1994.)

■ In the Matter of DANIEL D. O'HARA, Respondent-Appellant, v FRANK SARDINO, Appellant-Respondent, and ONONDAGA COUNTY BOARD OF ELECTIONS, Respondent. [617 NYS2d 653] — Cross appeal unanimously dismissed *(see,* CPLR 5511; *Town of Massena v Niagara Mohawk Power Corp.,* 45 NY2d 482, 488; *Matter of Brown v Starkweather,* 197 AD2d 840, 841, *lv denied* 82 NY2d 653) and order affirmed without costs. (Appeals from Order of Supreme Court, Onondaga County, Stone, J.—Election Law.) Present—Denman, P. J., Balio, Wesley, Callahan and Davis, JJ. (Filed Aug. 25, 1994.)